NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SKRS MANAGEMENT, LLC, )
 )
  Appellant, )
 )
v. ) Case No. 2D18-3246
 )
DEPARTMENT OF BUSINESS AND )
PROFESSIONAL REGULATION, )
DIVISION OF ALCOHOLIC BEVERAGES )
AND TOBACCO, )
 )
  Appellee. )
_____)

Opinion filed May 17, 2019.

Appeal from the Department of Business
and Professional Regulation.

D. Kent Safriet of Hopping, Green & Sams,
P.A., Tallahassee; and Gregory A. Zitani of
West Coast Law, PLLC, Sarasota, for
Appellant.

Ross Marshman, Tallahassee, for Appellee.


PER CURIAM.


   Affirmed.


VILLANTI, KHOUZAM, and SALARIO, JJ., Concur.